■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN R. HUNTER, on Behalf of MARK SANDERS, Petitioner, v JAMES GARVEY, Respondent. [616 NYS2d 219] —Writ of habeas corpus for the release of the petitioner on the ground that he was denied his right to counsel at a preliminary hearing on his alleged violation of parole. Production of the accused has been waived.

Upon the papers filed in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The petitioner has failed to exhaust his administrative remedies. Mangano, P. J., Lawrence, Friedmann and Goldstein, JJ., concur.